Argued and submitted October 3, reversed and remanded in part; otherwise affirmed October 23, 2002

## GERALD KNEELAND,
*Appellant,*

*v.*

## Robert O. LAMPERT,
Superintendent,
Snake River Correctional Institution,
*Respondent.*

### 00-11654M; A113904

56 P3d 494

Bob Pangburn argued the cause for appellant. With him on the brief was Rebecca Neal-Richardson.

Judy Carol Lucas, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Deits, Chief Judge, and Armstrong, Judge.*

PER CURIAM

Award of attorney fees reversed and remanded, *Bacote v. Johnson*, 333 Or 28, 35 P3d 1019 (2001); otherwise affirmed.

---

* Armstrong, J., *vice* Warren, S. J.